AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  KING, CAROLYN D. | 2. Court or Organization  U.S. COURT OF APPEALS 5TH CIR. | 3. Date of Report  05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  U.S. COURTHOUSE, ROOM 11020  515 RUSK AVENUE  HOUSTON, TX 77002-2694 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER OF BOARD OF DIRECTORS AND OF THE BOARD'S EXECUTIVE COMMITTEE | SOUTH TEXAS COLLEGE OF LAW |
| 2. RESEARCH FELLOW | THE CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 3. MEMBER OF COUNCIL AND OF COUNCIL'S EXECUTIVE COMMITTEE | AMERICAN LAW INSTITUTE |
| 4. MEMBER OF ADVISORY BOARD | THE CENTER FOR THOMISTIC STUDIES, UNIVERSITY OF SAINT THOMAS |
| 5. MEMBER OF PRESIDENT'S BOARD OF ADVISORS | UNIVERSITY OF SAINT THOMAS |
| 6. MEMBER OF ADVISORY BOARD OF THE JUDICIAL OUTREACH PROGRAM | AMERICAN SOCIETY OF INTERNATIONAL LAW |
| 7. MEMBER OF BOARD OF TRUSTEES AND OF THE BOARD'S EXECUTIVE COMMITTEE | BAYLOR COLLEGE OF MEDICINE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY -7 A 11: 16 FINANCIAL DISCLOSURE OFFICE

King, Carolyn D.

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | See attached report of Thomas M. Reavley |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF TEXAS LAW SCHOOL | 01/23/2009 | AUSTIN, TX | SPEECH AT UNIVERSITY OF TEXAS LAW SCHOOL | REIMBURSEMENT OF AIRFARE. |
| 2. | AMERICAN SOCIETY OF INTERNATIONAL LAW | 03/19/2009 - 03/20/2009 | WASHINGTON, DC | ATTEND ASIL MEETING | REIMBURSEMENT OF AIRFARE, LODGING AND MEALS. |
| 3. | AMERICAN LAW INSTITUTE | 03/26/2009 - 03/28/2009 | SANTA FE, NM | ATTEND ALI EXECUTIVE COMMITTEE RETREAT | REIMBURSEMENT OF AIRFARE, LODING, MEALS AND GROUND TRANSPORTATION. |
| 4. | UNIVERSITY OF TEXAS LAW SCHOOL | 04/29/2009 - 05/01/2009 | AUSTIN, TX | ATTEND WOMEN'S POWER SUMMIT ON LAW AND LEADERSHIP | REIMBURSEMENT OF AIRFARE, LODGING AND MEALS. |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | AMERICAN LAW INSTITUTE | 10/21/2009 - 10/25/2009 | NEW YORK, NY | ATTEND ALI COUNCIL MEETING | REIMBURSEMENT OF AIRFARE, LODING, MEALS AND GROUND TRANSPORTATION. |
| 6. | AMERICAN LAW INSTITUTE | 12/02/2009 - 12/04/2009 | PHILADELPHIA, PA | ATTEND ALI COUNCIL MEETING | REIMBURSEMENT OF AIRFARE, LODGING, MEALS AND GROUND TRANSPORTATION. |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | 2009 | See attached report of Thomas M. Reavley | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank Houston, TX (Money Market) | A | Interest | K | T | | | | | |
| 2. Citigroup Common Stock (formerly Citicorp) | A | Dividend | | | Sold | 2/11/09 | J | | |
| 3. | | | | | Sold | 5/8/09 | J | | |
| 4. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | A | Dividend | K | T | | | | | |
| 5. General Electric Co. Common Stock | C | Dividend | L | T | Buy | 2/10/09 | J | | |
| 6. 4.85% University of North Carolina-Chapel Hill Rev. RFDG | B | Interest | K | T | | | | | |
| 7. Bonds Due 11/1/2010 | | | | | | | | | |
| 8. IBM Common Stock | A | Dividend | K | T | | | | | |
| 9. Exxon Mobil Corp. Common Stock | B | Dividend | L | T | Buy | 6/16/09 | K | | |
| 10. Compass Bank Checking Account in the Name of | | None | J | T | | | | | |
| 11. Carolyn D. King or Thomas M. Reavley | | | | | | | | | |
| 12. T. Rowe Price Small Cap Value Fund | B | Distribution | M | T | | | | | |
| 13. | | Dividend | | | | | | | |
| 14. T. Rowe Price New Era Fund | B | Distribution | M | T | | | | | |
| 15. | | Dividend | | | | | | | |
| 16. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | N | V | | | | | |
| 17. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems Common Stock | | None | | | Sold | 5/8/09 | K | A | |
| 19. Illinois Tool Works Inc Common Stock | D | Dividend | N | T | | | | | |
| 20. 5.25% Indiana St. Office Bldg. Comm. Bonds Due 7/1/10 | C | Interest | L | T | | | | | |
| 21. BP Amoco PLC | D | Dividend | | | Sold | 6/16/09 | M | E | |
| 22. Microsoft | A | Dividend | | | Sold | 5/8/09 | K | | |
| 23. 3.25% Danbury, Connecticut Bonds Due 8/1/2010 | C | Interest | M | T | | | | | |
| 24. 5% California Economic Recovery Bonds Due 7/1/2015 | C | Interest | M | T | | | | | |
| 25. Procter & Gamble Common Stock | B | Dividend | L | T | Buy | 2/11/09 | K | | |
| 26. 3.8% NY State Thruway Aut. Gen. Rev. Bonds Due 1/1/2015 | C | Interest | M | T | | | | | |
| 27. 5% Denver Colo City & Cnty Rev. Bonds Due 9/1/2015 | C | Interest | M | T | | | | | |
| 28. Akron, OH CTFS PARTN 5% Bonds Due 12/01/2017 | D | Interest | M | T | | | | | |
| 29. Corpus Christi, TX Util Sys Rev 4% Bonds Due 7/15/2012 | C | Interest | M | T | | | | | |
| 30. Northwestern Mutual Variable Annuity Policy | | None | L | T | | | | | |
| 31. ▓▓▓▓▓▓▓▓▓ annuitant) | | | | | | | | | |
| 32. Tarrant Cnty Tex Hea B LTH FACS Dev Corp 5% Bonds | C | Interest | M | T | | | | | |
| 33. Due 12/1/2019 | | | | | | | | | |
| 34. Texas Transn Commn ST Hwy FD Rev 5% Bonds Due 4/1/2019 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 36. General Municipal Mny Mkt Fund | A | Interest | | | Redeemed | 5/4/09 | M | | Issuer |
| 37. Glaxosmithkline PLC | A | Dividend | K | T | | | | | |
| 38. Nestle SA | | None | | | Sold | 2/11/09 | K | | |
| 39. Novartis AG | A | Dividend | | | Sold | 5/8/09 | J | | |
| 40. Novo Nordisk A.S. | B | Dividend | | | Buy | 2/11/09 | K | | |
| 41. | | | | | Sold | 6/16/09 | K | | |
| 42. Goldman Sachs Bank | A | Interest | J | T | Open | 5/29/09 | J | | |
| 43. King CNTY WA SCH GO 5% Bonds Due 12/1/2013 | B | Interest | M | T | Buy | 6/16/09 | M | | |
| 44. Texas GO 5% Bonds Due 4/1/2019 | | None | M | T | Buy | 12/14/09 | M | | |
| 45. Phoenix AZ Rev. 5% Bonds Due 7/1/2018 | | None | M | T | Buy | 6/23/09 | M | | |
| 46. Chevron Corp. | A | Dividend | L | T | Buy | 6/16/09 | K | | |
| 47. Royal Dutch Shell | B | Dividend | L | T | Buy | 6/16/09 | K | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, CAROLYN D. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In response to Part VII C, I have reported the aggregate cash surrender value for the whole life policies. In response to Part VII B, I have shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

I am married to Circuit Judge Thomas M. Reavley. I have attached a copy of his Financial Disclosure Report for 2009 for the information about my spouse required by the Instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 |
|---|
| Rev. 1/2010 |

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Reavley, Thomas M. | 2. Court or Organization<br><br>Fifth Circuit Court of Appeals | 3. Date of Report<br><br>03/24/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Bob Casey Federal Courthouse<br>515 Rusk Street, Room 11009<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Texas, Judicial Retirement | $68,400.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | See attached report of Carolyn D. King |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/24/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Insurance Co. | Policy Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/24/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Compass Bank (Houston) | A | Interest | M | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 3. Minerals (Samson) Nacogdoches County, Texas | F | Royalty | ● | W | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 5. Minerals (Basa) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 6. Chase Bank (Houston) | A | Interest | L | T | | | | | |
| 7. | | | | | | | | | |
| 8. Minerals (Chesapeake) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 9. Fee Land, Lano County, Texas | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Prudential Insurance Company | A | Int./Div. | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. Indigo | E | Royalty | N | W | | | | | |
| 15. Minerals (BP) Panola County, Texas | C | Royalty | K | W | | | | | |
| 16. Minerals (EOG) Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 17. Minerals (AC Exp) Shelby County, Texas | D | Royalty | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/24/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Minerals (Noble) Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 19. | | | | | | | | | |
| 20. Minerals (XTO) Nacogdoches County, Texas | B | Royalty | K | W | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 26. General Municipal Money Market Fund | A | Interest | L | T | | | | | |
| 27. Colorado Springs Hospital Rev Bond | B | Interest | | | Redeemed | 7/18/09 | L | | Issuer |
| 28. Texas State Bond | B | Interest | M | T | | | | | |
| 29. University of Texas Permanent Bond 5% Due 7/01/13 | C | Interest | M | T | | | | | |
| 30. Corpus Christi Bond 4% Due 7/15/11 | B | Interest | M | T | | | | | |
| 31. Greater Clark County, Colorado Bond 5% Due 7/15/11 | B | Interest | M | T | | | | | |
| 32. Akron, Ohio Bond 5% Due 1/12/17 | A | Interest | M | T | | | | | |
| 33. Houston, Texas Bond (SER, E) | | None | M | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

My spouse is Carolyn D. King. I attach a copy of her financial disclosure report for my report of her finances.

VII Items 19 and 20 - XTO owned this lease 2009 (explained 2008 report).

| Name of Person Reporting | Date of Report |
|---|---|
| Reavley, Thomas M. | 03/24/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544